# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| HUY N. TRINH, | |
| Petitioner, | CIVIL ACTION NO.: 5:19-cv-33 |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 5. Petitioner Huy Trinh ("Trinh") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES** Trinh's 28 U.S.C. § 2241 Petition, as amended, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Trinh *in forma pauperis* status on appeal.

**SO ORDERED**, this 15 day of April, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)